**James JOHNSON, also known as Seifullah Aziz Ali Diaab, Appellant,**

**v.**

**Gregory HARMON, Warden, Arkansas Department of Correction; Justine Minor, Major Disciplinary Hearing Officer, Arkansas Department of Correction; J.D. Kleiner, Field Major, Arkansas Department of Correction; Robert Clark, Major Disciplinary Hearing Officer Administrator, Arkansas Department of Correction; Larry Norris, Director, Arkansas Department of Correction; K. Waddle, Major Disciplinary Hearing Officer, Arkansas Department of Correction; V. Kelly, Correctional Officer II, Max-** imum Security Unit at Tucker, Arkansas Department of Correction; Ray Hobbs, Deputy Assistant Director, Arkansas Department of Correction; Rick L. Toney, Warden, Arkansas Department of Correction; F. Preston, Ms., Unit Property Control Officer, Varner Unit, Arkansas Department of Correction; Freyder, Mr., Chaplain, Arkansas Department of Correction, Appellees.**

No. 05–3189.

United States Court of Appeals, Eighth Circuit.

Submitted: Nov. 1, 2006.

Filed: Nov. 14, 2006.

James Johnson, Brickeys, AR, pro se.

Susannah Catherine Streit, Lightle & Beebe, Searcy, AR, for Appellees.

Before SMITH, MAGILL, and BENTON, Circuit Judges.

[UNPUBLISHED]

PER CURIAM.

Arkansas inmate James Johnson filed a 42 U.S.C. § 1983 action against employees of the Arkansas Department of Correction, alleging he was denied due process, equal protection, and freedom of religion. The district court[1] dismissed the action following an evidentiary hearing.

Because Johnson did not make a jury demand, we review the district court's factual findings for clear error and its conclusions of law de novo. *See Choate v. Lock-*

---

1. The Honorable J. Leon Holmes, Chief Judge, United States District Court for the Eastern District of Arkansas, adopting the report and recommendations of the Honorable J. Thomas Ray, United States Magistrate Judge for the Eastern District of Arkansas.

*hart,* 7 F.3d 1370, 1373 & n. 1 (8th Cir. 1993). After careful review of the record, we find no error in the district court's well-reasoned decision, and we affirm. *See* 8th Cir. R. 47B.